IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| **MARK A. HODGES** )<br>    Plaintiff )<br>vs. )<br> )<br>**JO ANNE B. BARNHART** )<br>**Commissioner of Social Security** )<br>    Defendant ) | Civil Case No.   03-5079-CV-SW-DW |

**_X_**   **Decision by Court.**  This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

   **ORDERED**:   the Commissioner's decision denying Plaintiff's applications for benefits is **AFFIRMED**.

November 14, 2005                                                Patricia Brune
Date                                                                          Clerk

                                                    By:   /s/ Y. Johnson
                                                             Deputy Clerk